1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California  94102
7     Telephone:    (415) 436-7200
      Facsimile:    (415) 436-7234
8     Email: kevin.barry@usdoj.gov

9  Attorneys for Plaintiff
10

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                    SAN FRANCISCO DIVISION
14

15
   UNITED STATES OF AMERICA,        )   CR No. 10-mj-70643 MAG
16                                   )
          Plaintiff,                 )
17                                   )
          v.                         )   **STIPULATION AND [PROPOSED]**
18                                   )   **ORDER CHANGING HEARING DATE,**
   AVERY BADENHOP,                   )   **EXTENDING TIME LIMITS OF RULE**
19                                   )   **5.1(c), AND EXCLUDING TIME**
          Defendant.                 )
20  _____ )

21
         On August 10, 2010, the parties in this case appeared before the Court for a bond
22
   hearing.  At that time, the Court set the date for a preliminary hearing / arraignment for August
23
   20, 2010.  The parties respectfully request that the date for the preliminary hearing / arraignment
24
   be changed to September 14, 2010 and that the time limits provided by Federal Rule of Criminal
25
   Procedure 5.1(c) be extended through that date.  Pursuant to Rule 5.1(d), the defendant consents
26
   to this extension of time, and the parties represents that good cause exists for this extension,
27
   including the effective preparation of counsel.
28

   STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
   CR 10-mj-70643 MAG

1  The parties also request that time from the date of this order through September 14, 2010
2  be excluded from any time limits applicable under 18 U.S.C. § 3161.  The parties represent that
3  granting the exclusion will allow the reasonable time necessary for effective preparation of
4  counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends of justice
5  served by granting such an exclusion of time outweigh the best interests of the public and the
6  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

8  SO STIPULATED:
                                               JOSEPH P. RUSSONIELLO
9                                              United States Attorney

10  DATED: August 19, 2010            /s/
                                               KEVIN J. BARRY
11                                             Assistant United States Attorney

12
    DATED: August 19, 2010            /s/
13                                             DOUGLAS L. RAPPAPORT
                                               Attorney for AVERY BADENHOP

## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this order through September 14, 2010 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: August 19, 2010
                                               THE HONORABLE NANDOR J. VADAS
                                               United States Magistrate Judge

*IT IS SO ORDERED — Judge Nandor J. Vadas*

STIPULATION & [~~PROPOSED~~] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 10-mj-70643 MAG                                                                                2