1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California  94102
7      Telephone:    (415) 436-7200
       Facsimile:    (415) 436-7234
8      Email: kevin.barry@usdoj.gov

9
   Attorneys for Plaintiff
10

11
                         UNITED STATES DISTRICT COURT
12
                        NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN FRANCISCO DIVISION
14

15
   UNITED STATES OF AMERICA,        )   CR No. 10-MJ-70643 MAG
16                                   )
           Plaintiff,                )
17                                   )
       v.                            )   **STIPULATION AND [PROPOSED]**
18                                   )   **ORDER CHANGING HEARING DATE,**
   AVERY BADENHOP,                   )   **EXTENDING TIME LIMITS OF RULE**
19                                   )   **5.1(c), AND EXCLUDING TIME**
           Defendant.                )
20  _____  )

21
           On August 10, 2010, the parties in this case appeared before the Court for a bond hearing.
22
   After that date, the parties requested that the Court set the date for a preliminary hearing /
23
   arraignment for September 14, 2010.  The parties respectfully request that the date for the
24
   preliminary hearing / arraignment be changed to September 29, 2010 and that the time limits
25
   provided by Federal Rule of Criminal Procedure 5.1(c) be extended through that date.  Pursuant
26
   to Rule 5.1(d), the defendant consents to this extension of time, and the parties represents that
27
   good cause exists for this extension, including the effective preparation of counsel.
28

   STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
   CR 10-mj-70643 MAG

1  The parties also request that time from September 14, 2010 through September 29, 2010
2  be excluded from any time limits applicable under 18 U.S.C. § 3161. The parties represent that
3  granting the exclusion will allow the reasonable time necessary for effective preparation of
4  counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice
5  served by granting such an exclusion of time outweigh the best interests of the public and the
6  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

8  SO STIPULATED:
                       MELINDA HAAG
9                      United States Attorney

10 DATED: September 13, 2010     /s/
                       KEVIN J. BARRY
11                     Assistant United States Attorney

13 DATED: September 13, 2010     /s/
                       DOUGLAS L. RAPPAPORT
                       Attorney for AVERY BADENHOP

## [PROPOSED] ORDER

For the reasons stated above, the Court finds that the extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from September 14, 2010 through September 29, 2010 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 14 Sept '10

                    THE HONORABLE BERNARD ZIMMERMAN
                    United States Magistrate Judge